UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BUCHLA,<br><br>    Plaintiff,<br><br>    v.<br><br>BUCHLA ELECTRONIC MUSICAL INSTRUMENT, LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-00921-HSG<br><br>**ORDER RE CITIZENSHIP OF PARTIES** |

Plaintiff Donald Buchla alleges that this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.  In support of diversity jurisdiction, Mr. Buchla alleges that he is a "citizen of the State of California," that Defendant Buchla Electronic Musical Instrument, LLC "is a closely held limited liability company organized under the laws of the State of Oregon with its principal place of business at 1630 Williams Hwy, Grants Pass, Oregon," and that Defendant Audio Supermarket Pty. Ltd. "is a privately held Australian company with its principal place of business at W 25 26-28 Roberna St, Moorabbin, Victoria, Australia."  Complaint at 6.  Mr. Buchla further alleges that various individual defendants, some of whom are citizens of Australia and some of whom are citizens of Oregon, "have a direct or indirect ownership interest" in Buchla Electronic and/or Audio Supermarket.

Unincorporated associations, including LLCs, are citizens "of every state of which [their] owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Because Mr. Buchla does not allege sufficient facts regarding the citizenship of all of the owners/members of Buchla Electronic or Audio Supermarket, the Court cannot determine whether diversity jurisdiction is proper.  To that end, the parties are directed to file, within seven days of the date of this Order, a statement of no more than three pages identifying the citizenship of each member of Buchla Electronic and Audio Supermarket.

1 **IT IS SO ORDERED.**

2 Dated: March 24, 2015

3
4 HAYWOOD S. GILLIAM, JR.
United States District Judge