Jeffrey W. Shopoff (Bar No.46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff Cavallo & Kirsch LLP
601 Montgomery Street, Suite 1110
San Francisco, CA 94111
Telephone: 415-984-1975
Facsimile: 415-984-1978

Attorneys for Defendants
BUCHLA ELECTRONIC MUSICAL INSTRUMENT, LLC; AUDIO SUPERMARKET PTY. LTD.; DANNY OLESH; MICHAEL MARANS; LEWIS CHIODO; and JOHN FULLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD BUCHLA, an individual, D/B/A BUCHLA & ASSOCIATES,<br><br>Plaintiff,<br>v.<br><br>BUCHLA ELECTRONIC MUSICAL INSTRUMENT, LLC, an Oregon limited liability company; AUDIO SUPERMARKET PTY. LTD., a foreign entity; DANNY OLESH, an individual; MICHAEL MARANS, an individual; LEWIS CHIODO, an individual; and JOHN FULLER, an individual,<br><br>Defendants. | CASE NO. 3:15-CV-00921-HSG<br><br>**STIPULATION AND ORDER TO WAIVE SERVICE OF SUMMONS AND TO CONTINUE RESPONSIVE PLEADING DATE; DECLARATION OF GREGORY S. CAVALLO** |

WHEREAS, pursuant to March 31, 2015 Stipulation, defendant Buchla Electronic Musical Instrument, LLC's responsive pleading in this matter is currently due April 10, 2015; defendant Michael Marans' responsive pleading is due April 13, 2015;

WHEREAS, all named defendants, Buchla Electronic Musical Instrument, LLC; Audio Supermarket Pty. Ltd.; Danny Olesh; Lewis Chiodo; John Fuller; and Michael Marans have retained counsel Shopoff Cavallo & Kirsch, LLP to represent them in this matter; and

WHEREAS, newly retained counsel require additional time to familiarize themselves with the facts and issues involved in this matter so as to prepare a responsive pleading;

WHEREAS, the parties wish to avoid disputes regarding international service of summons, as all unserved defendants are residents of Australia;

WHEREAS, the parties wish to bring all responsive pleadings by defendants onto the same schedule to avoid duplicative or unnecessary motion practice,

IT IS HEREBY STIPULATED that all defendants waive service of summons and agree to appear in the action without such service. In exchange, the current responsive pleading date for all defendants shall be continued until April 30, 2015.

DATED: April 9, 2015

SHOPOFF CAVALLO & KIRSCH LLP

By /Gregory S. Cavallo/
Gregory S. Cavallo
Attorneys for Defendants BUCHLA ELECTRONIC MUSICAL INSTRUMENT, LLC; AUDIO SUPERMARKET PTY. LTD.; DANNY OLESH; LEWIS CHIODO; and JOHN FULLER

DATED: April 9, 2015

O'MELVENY & MYERS LLP

By /David Eberhart/
David Eberhart
Attorneys for Plaintiff DONALD BUCHLA, D/B/A BUCHLA & ASSOCIATES

**DECLARATION OF GREGORY S. CAVALLO**

I, Gregory S. Cavallo, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Shopoff Cavallo & Kirsch LLP, attorneys of record for Defendants Buchla Electronic Musical Instrument, LLC; Audio Supermarket Pty. Ltd.; Danny Olesh; Michael Marans; Lewis Chiodo; and John Fuller. If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2. On April 9, 2015, counsel for plaintiff, David Eberhart, concurred in the filing of this Stipulation.

Executed under penalty of perjury under the laws of the United States on April 9, 2015, at San Francisco, California.

/Gregory S. Cavallo/
Gregory S. Cavallo

**ORDER**

IT IS HEREBY ORDERED:

1. Pursuant to the above stipulation, all defendants are hereby deemed served;

2. Defendants' responsive pleading date is hereby continued to April 30, 2015.

DATED: April 14, 2015

Haywood S. Gill Jr.
United States District Court Judge