DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
TIM BYRON (S.B. #277569)
tbyron@omm.com
DIANA ROGOSA (S.B. #287967)
drogosa@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
DONALD BUCHLA, D/B/A
BUCHLA & ASSOCIATES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD BUCHLA, an individual, D/B/A BUCHLA & ASSOCIATES,<br><br>              Plaintiff,<br><br>      v.<br><br>BUCHLA ELECTRONIC MUSICAL INSTRUMENTS, LLC, an Oregon limited liability company; AUDIO SUPERMARKET PTY. LTD., a foreign entity; DANNY OLESH, an individual; MICHAEL MARANS, an individual; LEWIS CHIODO, an individual; and JOHN FULLER, an individual,<br><br>              Defendants. | Case No. 3:15-cv-00921-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

- Mediation (ADR L.R. 6).

The parties agree to hold the ADR session by:

- other requested deadline: 150 days from the date of the order referring the case to an ADR process.

| | | |
|---|---|---|
| 1 | DATED:  May 5, 2015 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By:  */s/ David R. Eberhart*
    David R. Eberhart
    O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
    San Francisco, CA 94111
    Tel: (415) 984-8700; Fax: (415) 984-8701

Attorneys for Plaintiff
DONALD BUCHLA, D/B/A
BUCHLA & ASSOCIATES

DATED:  May 5, 2015          Respectfully submitted,

SHOPOFF CAVALLO & KIRSCH LLP

By:  */s/ Gregory S. Cavallo*
    Gregory S. Cavallo
    SHOPOFF CAVALLO & KIRSCH LLP
    601 Montgomery Street, Suite 1110
    San Francisco, CA  94111
    Tel: (415) 984-1975; Fax: (415) 984-1978

Attorneys for Defendants
BUCHLA ELECTRONIC MUSICAL
INSTRUMENTS, LLC; AUDIO
SUPERMARKET PTY. LTD.; DANNY OLESH;
MICHAEL MARANS; LEWIS CHIODO; and
JOHN FULLER

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated:  May 5, 2015                                O'MELVENY & MYERS LLP


                                                   By:      */s/ David R. Eberhart*
                                                            David R. Eberhart

**[PROPOSED] ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED. The deadline for the parties to complete mediation is October 8, 2015.

Dated: May 11, 2015

_____
Honorable Haywood S. Gilliam
United States District Judge