1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  TIM BYRON (S.B. #277569)
   tbyron@omm.com
3  DIANA ROGOSA (S.B. #287967)
   drogosa@omm.com
4  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
7  Facsimile:    (415) 984-8701

8  Attorneys for Plaintiff
   DONALD BUCHLA, D/B/A
9  BUCHLA & ASSOCIATES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD BUCHLA, D/B/A BUCHLA & ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>BUCHLA ELECTRONIC MUSICAL INSTRUMENT, LLC, ET AL.,<br><br>Defendants. | Case No. 3:15-VC-00921-HSG<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>Pursuant to L.R. 6-1(b), 6-2(a), and 7-12<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>            Courtroom 15, 18th Floor |

Pursuant to Civil Local Rules 6-1(b), 6-2(a), and 7-12, Plaintiff and Defendants respectfully request that the Court extend the briefing schedule for Defendants' Motion to Compel Arbitration, which is noticed for hearing on July 9, 2015. ECF No. 27. The parties seek to extend Plaintiff's deadline to respond to Defendants' Motion from **May 14, 2015** to **May 21, 2015,** and Defendants' deadline to reply to Plaintiff's Opposition from **May 21, 2015** to **June 4, 2015**. The proposed extension will provide both Plaintiff and Defendants with one additional week to prepare their briefs, consult with their respective clients, and, if necessary, review and

analyze evidence that may be relevant to Defendants' Motion.  There have been no prior time modifications in connection with Defendants' Motion, and the requested enlargement will have no apparent effect on the schedule for the case.

**IT IS SO STIPULATED**.

Dated:  May 14, 2015

Respectfully submitted,

By: */s/ David R. Eberhart*
David R. Eberhart

David R. Eberhart
Tim Byron
Diana Rogosa
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Plaintiff*

Dated:  May 14, 2015

By: */s/ Gregory S. Cavallo*
Gregory S. Cavallo

Gregory S. Cavallo
**SHOPOFF CAVALLO & KIRSCH LLP**
601 Montgomery Street, Suite 1110
San Francisco, CA 94111
Telephone:  415-984-1975
Facsimile:   415-984-1978

*Attorneys for Defendants*

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I hereby attest that the other signatory listed concurs in this filing's content and has |
| 3 | authorized the filing. |

Dated: May 14, 2015  O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart*
David R. Eberhart

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: _____5/14/2015_____          _____
                                     Honorable Haywood S. Gilliam, Jr.
5                                    United States District Judge