UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD BUCHLA,

    Plaintiff,

v.

BUCHLA ELECTRONIC MUSICAL INSTRUMENT, LLC, et al.,

    Defendants.

Case No. 15-cv-00921-HSG

**SCHEDULING ORDER**

A case management conference was held on May 26, 2015. The Court sets the following case schedule:

| Event | Date |
|---|---|
| Deadline to Amend Pleadings | August 30, 2015 |
| Mediation Deadline | October 8, 2015 |
| Close of Fact Discovery | October 30, 2015 |
| Initial Expert Disclosures | November 13, 2015 |
| Rebuttal Expert Disclosures | December 4, 2015 |
| Close of Expert Discovery | December 18, 2015 |
| Last Day for Hearing on Dispositive Motions | February 11, 2016 2:00 p.m. |
| Pretrial Conference | May 17, 2016* 3:00 p.m. |
| Bench/Jury Trial | May 31, 2016 8:30 a.m. - 1:30 p.m. 7 court days |

*This date differs from the date set on the record.

//

//

//

//

//

1   The parties are further directed to review and comply with this Court's Civil Pretrial and
2   Trial Standing Order.
3   **IT IS SO ORDERED.**
4   Dated: May 27, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge